## Commonwealth *v.* Rowe, Appellant.

Submitted June 14, 1971. *Malcolm J. Gross,* Assistant Public Defender, for appellant; *W. F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Scott, Appellant.

Submitted June 18, 1971. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.